Grant L. Davis
Scott S. Bethune
Shawn G. Foster
Davis, Bethune & Jones, LLC
1100 Main Street, Suite 2930
Kansas City, Missouri 64105
Telephone: 816-421-1600
Facsimile: 816-472-5972
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1699<br>District Judge: Charles R. Breyer |
| This Document Relates To:<br><br>*Lavella Hon v. Pfizer Inc., et al.*<br>Case No. 06-0091 CRB<br><br>*Edward Vansciver v. Pfizer Inc., et al.*<br>Case No. 06-7651 CRB | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

DATED: 12/29, 2009    By: /s/ _____

**DAVIS, BETHUNE & JONES, LLC**
1100 Main Street
2930 City Center Square
Kansas City, Missouri 64105
Telephone: 816-421-1600
Facsimile: 816-472-5972

*Attorneys for Plaintiffs*

DATED: January 26, 2010    By: /s/ _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB - 3 2010

_____
Hon. Charles R. Breyer
United States District Court